~~FEDERAL DISTRICT COURT~~
IN THE U.S. COURT OF FEDERAL CLAIMS

MARCUS D. MIDDLEBROOK, #351947

    Petitioner/Plaintiff,

Case No. _____ 23-1066 T

Hon: _____

vs.

INTERNAL REVENUE SERVICE,

    Respondants/Defendants
_____/

### VERIFIED PETITION/COMPLAINT AGAINST THE IRS FOR FAILURE TO PROVIDE E1, AND E2 2020-21 "CARES ACT" STIMULUS FUNDS TO PETITIONER IN VIOLATION OF THE CARES ACT STATUTE 28 USCS § 6428

Note: There is no other pending or resolved civil action arising out of the same transaction or occurance as alleged in this complaint.

    Now comes the Plaintiff in this above title matter, hereby seeks an order from this Honorable Court to turn over E1, and E2 Stimulus, pursuant to the "Cares Act" Statute 28 USCS § 6428.

Received – USCFC
JUL 1 1 2023

1.

## I. JURISDICTION AND VENUE

1. This is a Civil action to redress the violation of a federal refund suit in compliance with I.R.C. Section 6532(a)(1) and 7422(a), either in the U.S. Court of Federal Claims pursuant to 28 U.S.C. Section 1491(a)(1) or in the federal district court pursuant to 28 U.S.C. Section 1346(a)(1) in which this court has proper jurisdiction and venue to entertain the proceedings.

## II. PARTIES

2. The Plaintiff/Petitioner, name is Marcus D. Middlebrook Prison number #351947 (hereinafter "Plaintiff" or "Petitioner") is/was at all times mentioned a prisoner in the Michigan Department of Corrections (MDOC), and is currently housed at Baraga correctional facility 13924 Wadaga Rd., Baraga, Michigan 49908 when the cause of action arose.

3. The Defendants/Respondants, is the Internal Revenue Service, (hereinafter "IRS"), is a Government entity disignated to handle the collection and/or payment of tax refunds for the US Government. They stand accused of failing to provide the Plaintiff his share of the CARES ACT FUNDS for the 2020, E1 2020-2021 six hundred ($600.00) dollar stimulus payment, as well as E2 are also identified as "Recovery Rebates for individuals pursuant to 28 USCS § 6428 A.

2.

## III. STATEMENT OF FACTS

4. In October of 2020, after the UNITED STATES SUPREME Court ruled that prisoners should be allowed to receive the CARES ACT stimulus funds, the Plaintiff submitted a "1040" Tax form as required to receive the first stimulus surplus of twelve hundred ($1,200) dollar persuant to 28 USCS § 6428.

5. After filing for the first stimulus funds for $1,200, the UNITED STATES GOVERNMENT mandated for a second stimulus fund payment of six hundred $600.00, dollars to be given to the citizens of America, which still included prisoners; and in December of 2020, the Plaintiff filed a "1040" tax form for the six hundred stimulus funds with the Defendants "IRS".

6. As time went on without hearing or receiving any stimulus funds from the Defendants, the Plaintiff then filed a "2020, Recovery Rebate" form with the IRS, which was designated to be used for those who had not yet received the E1, and E2, payment 1,200, and 600 dollars from the Defendants.

7. As of date; After filing the "2020" Recovery Rebate: form for the E1, $1,200.00 and E2 $600.00 stimulus payment in February and March of 2021, the Plaintiff still have not received his fair share of the stimulus fund payments which has witnessed similarly situated prisoners alike receive the said stimulus funds without issue.

## IV. LEGAL CLAIMS

8. The Plaintiff incorporates by reference facts alleged in paragraphs 1-7 as fully stated herein.

3.

9. The failure/refusal of Defendants "IRS" to furnish and provide the $1,200.00, and $600.00 dollar stimulus payment to the Plaintiff as mandated by the UNITED STATES GOVERNMENT under 28 USCS § 6428 A, constitutes as a statutory violation of the said tax law under the CARE ACT and a violation of the of the Plaintiff's FOURTEETH AMENDMENT rights to EQUAL PROTECTION of the law.

## V. RELIEF SOUGHT

Wherefore, the Plaintiff prays this Honorable Court grant the following relief:

A. Order Defendants "IRS" to furnish the $1,200.00, and $600.00 dollars E1, and E2 stimulus payment to the Plaintiff as mandated by the UNITED STATES GOVERNMENT under 28 USCS § 6428 A, constitutes as a statutory violation of said law both seperatly by sending the Plaintiff a check for $1,200.00 and a check for $600.00 to his account to be exempt at the current location Baraga Correctional Facility 13924 Wadaga Road Baraga, Michigan 49908

## VI. CERTIFICATE OF VERIFICTION

I, Marcus D. Middlebrook, pursuant to 28 USC 1746 hereby declare under the penalty of perjury that all matters mention in this complaint is true to the best of my knowlege information and belief, that I verify that all facts contain is true and acurrate.

Marcus D. Middlebrook
#351947, Pro se

4.

Respectfully submitted,

Marcus D. Middlebrook
---
Pro se, #351947
Baraga Correctional Facility
13924 Wadage Road
Baraga, Michigan 49908
906-353-7070 Phone number

CC.

Dated: June 26, 2023

TIMOTHY WILSON
NOTARY PUBLIC, STATE OF MI
COUNTY OF BARAGA
MY COMMISSION EXPIRES Mar 8, 2026
ACTING IN COUNTY OF Baraga
6/26/23

IN THE U.S. COURT OF FEDERAL CLAIMS

MARCUS D. MIDDLEBROOK, #351947
    Petitioner/Plaintiff

VS.

INTERNAL REVENUE SERVICE,
    Respondants/Defendants

Case No. ____
Hon: ____

## PROOF OF SERVICE

I, Marcus D. Middlebrook, proper Plaintiff in above captioned complaint civil action hereby certifies he served two (2) copies of his verified complaint against the Defendants to the court by mailing this stuff out on June ___, 2023

cc.

Dated: June 26, 2023

Sincerely,

Marcus D. Middlebrook