IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-1066 T
(Judge Kathryn C. Davis)

MARCUS D. MIDDLEBROOK,

                              Plaintiff,

v.

THE UNITED STATES,

                              Defendant.

NOTICE OF APPEARANCE

Please enter the appearance of Anthony M. Cognasi, as attorney of record for the United States. Unless filed electronically, service of all papers by opposing parties should be addressed as follows:

    Anthony M. Cognasi, Esquire
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Station
    Washington, D. C. 20044
    Email: *Anthony.Cognasi@usdoj.gov*

Dated: July 31, 2023

                              *s/ Anthony M. Cognasi*
                              ANTHONY M. COGNASI
                              Trial Attorney
                              U.S. Department of Justice
                              Court of Federal Claims Section
                              Tel: (202) 514-0600
                              Fax: (202) 514-9440

## CERTIFICATE OF SERVICE

I certify that service of the foregoing document, has this 31st day of July 2023, been made on plaintiff's counsel by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Marcus D. Middlebrook
#351947
Baraga Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

[signature]

*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Washington, D.C. 20044*
*202-307-6440 (v)*
*202-514-9440 (f)*
*CTFEDClaims.Taxcivil@usdoj.gov*